# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Scott C. Dorey v. Larby S. Amirouche and Ryan Eagle

Case Number: 17-cv-8674

An appearance is hereby filed by the undersigned as attorney for:
Scott C. Dorey

Attorney name (type or print): Timothy A. Hudson

Firm: Tabet DiVito & Rothstein LLC

Street address: 209 South LaSalle Street, 7th Floor

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6271244
(See item 3 in instructions)

Telephone Number: 312 / 762-9450

Email Address: thudson@tdrlawfirm.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes ✓ No |
| Are you a member of the court's trial bar? | ✓ Yes ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ✓ Yes ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 30, 2017

Attorney signature: S/ Timothy A. Hudson
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015