**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Scott C. Dorey, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 17-cv-8674 |
| v. ) | |
| ) | Judge Andrea R. Wood |
| Larby S. Amirouche and ) | |
| Ryan Eagle, ) | Magistrate Judge Daniel G. Martin |
| ) | |
| Defendants. ) | |

**Defendant, Larby Amirouche's Unopposed Motion to Extend the Due Date to Answer or Otherwise Plead to Plaintiff's Complaint**

Defendant, Larby Amirouche, through counsel, Patterson Law Firm, LLC, respectfully moves this Court for the entry of an Order extending the due date for filing of a responsive pleading to Plaintiff's Complaint from December 26, 2017 to January 25, 2018. In support thereof, Defendant states as follows:

1. Defendant's counsel has been working diligently to prepare Defendant's response to Plaintiff's Complaint, but has not yet been able to complete it. Defendant respectfully requests additional time to prepare his responses. Defendant requests that the due date for responses be extended to January 25, 2018.

2. Prior to the filing of this Motion, Defendant's counsel conferred with Plaintiff's counsel and confirmed that there is no objection to the requested extension of time. This Motion is made in good faith and for good cause, not for purposes of harassment or delay.

WHEREFORE, Defendant respectfully moves this Court for the entry of an Order extending the due date for filing of a responsive pleading to Plaintiff's Complaint to January 25, 2018.

| | |
|---|---|
| Date: December 22, 2017 | Respectfully submitted, |
| | /s/Michael D. Haeberle<br>Michael D. Haeberle<br>Jefferey O. Katz<br>Patterson Law Firm, LLC<br>One N. LaSalle St., Suite 2100<br>Chicago, Illinois, 60602<br>(312) 223-1699<br>Fax: (312) 223-8549<br>mhaeberle@pattersonlawfirm.com<br>jkatz@pattersonlawfirm.com |

2