**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Scott C. Dorey, | ) |
|       Plaintiff, | ) |
| | ) Case No.: 17-cv-8674 |
| v. | ) |
| | ) Judge Andrea R. Wood |
| Larby S. Amirouche and | ) |
| Ryan Eagle, | ) Magistrate Judge Daniel G. Martin |
| | ) |
|       Defendants. | ) |

**NOTICE OF MOTION**

To:  Melody L. Gaal
Timothy A. Hudson
Tabet DiVito & Rothstein
209 South LaSalle Street
7th Floor
Chicago, IL 60604
mgaal@tdrlawfirm.com
thudson@tdrlawfirm.com

    PLEASE TAKE NOTICE that on **January 4, 2018** at **9:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Andrea R. Wood presiding in Courtroom 1925 at 219 S. Dearborn, Chicago, IL 60602, and present the attached **Defendant, Larby Amirouche's Unopposed Motion to Extend the Due Date to Answer or Otherwise Plead to Plaintiff's Complaint** which is hereby served upon you.

                                                Respectfully submitted,

                                                /s/Michael D. Haeberle
                                                Michael D. Haeberle
                                                Jefferey O. Katz
                                                Patterson Law Firm, LLC
                                                One N. LaSalle St., Suite 2100
                                                Chicago, Illinois, 60602
                                                (312) 223-1699
                                                Fax:  (312) 223-8549
                                                mhaeberle@pattersonlawfirm.com
                                                jkatz@pattersonlawfirm.com

                                                Attorneys for Larby Amirouche

## PROOF OF SERVICE

The undersigned attorney hereby certifies that he caused the attached **Defendant, Larby Amirouche's Unopposed Motion to Extend the Due Date to Answer or Otherwise Plead to Plaintiff's Complaint** to be filed electronically via the CM/ECF filing system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system on this 22nd day of December, 2017.

<u>/s/Michael D. Haeberle</u>