**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Scott C. Dorey, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) Case No.: 17-cv-8674 |
| v. | ) |
| | ) Judge Andrea R. Wood |
| Larby S. Amirouche and | ) |
| Ryan Eagle, | ) Magistrate Judge Daniel G. Martin |
| | ) |
|     Defendants. | ) |

## NOTICE OF MOTION

To:  Melody L. Gaal
      Timothy A. Hudson
      Tabet DiVito & Rothstein
      209 South LaSalle Street
      7th Floor
      Chicago, IL 60604
      mgaal@tdrlawfirm.com
      thudson@tdrlawfirm.com

     PLEASE TAKE NOTICE that on **January 4, 2018** at **9:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Andrea R. Wood presiding in Courtroom 1925 at 219 S. Dearborn, Chicago, IL 60602, and present the attached **Defendant, Larby Amirouche's Unopposed Motion to Extend the Due Date to Answer or Otherwise Plead to Plaintiff's Complaint** which is hereby served upon you.

                               Respectfully submitted,

                               /s/Michael D. Haeberle
                               Michael D. Haeberle
                               Jefferey O. Katz
                               Patterson Law Firm, LLC
                               One N. LaSalle St., Suite 2100
                               Chicago, Illinois, 60602
                               (312) 223-1699
                               Fax:  (312) 223-8549
                               mhaeberle@pattersonlawfirm.com
                               jkatz@pattersonlawfirm.com

                               Attorneys for Larby Amirouche

## PROOF OF SERVICE

The undersigned attorney hereby certifies that he caused the attached **Defendant, Larby Amirouche's Unopposed Motion to Extend the Due Date to Answer or Otherwise Plead to Plaintiff's Complaint** to be filed electronically via the CM/ECF filing system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system on this 22nd day of December, 2017.

/s/Michael D. Haeberle