UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Scott Dorey
                    Plaintiff,

v.                                     Case No.: 1:17–cv–08674
                                                        Honorable Andrea R. Wood

Larby S. Amirouche, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 2, 2018:

       MINUTE entry before the Honorable Andrea R. Wood: Defendant's Motion for extension of time [10] is granted. Defendant shall have until 1/25/2018 to answer or otherwise plead to the complaint. Motion hearing date of 1/4/2018 is stricken; no appearance is necessary. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.