**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Scott C. Dorey, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 17-cv-8674 |
| v. ) | |
| ) | District Judge Andrea R. Wood |
| Larby S. Amirouche and ) | |
| Ryan Eagle, ) | Magistrate Judge Daniel G. Martin |
| ) | |
| Defendants. ) | |

**Defendant, Larby Amirouche's Unopposed Motion to Extend the Due Date to Answer or Otherwise Plead to Plaintiff's Complaint**

Defendant, Larby Amirouche, through counsel, Patterson Law Firm, LLC, respectfully moves this Court for the entry of an Order extending the due date for filing of a responsive pleading to Plaintiff's Complaint from January 25, 2018 to February 23, 2018. In support thereof, Defendant states as follows:

1. The parties are currently involved in settlement discussions. In order to focus efforts on these discussions, Defendant requests that the due date for responses be extended to February 23, 2018.

2. Prior to the filing of this Motion, Defendant's counsel conferred with Plaintiff's counsel and confirmed that there is no objection to the requested extension of time. This Motion is made in good faith and for good cause, not for purposes of harassment or delay.

WHEREFORE, Defendant respectfully moves this Court for the entry of an Order extending the due date for filing of a responsive pleading to Plaintiff's Complaint to February 23, 2018.

Date: January 22, 2018                    Respectfully submitted,

/s/Michael D. Haeberle
Michael D. Haeberle
Jefferey O. Katz
Patterson Law Firm, LLC
One N. LaSalle St., Suite 2100
Chicago, Illinois, 60602
(312) 223-1699
Fax: (312) 223-8549
mhaeberle@pattersonlawfirm.com
jkatz@pattersonlawfirm.com
