**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Scott C. Dorey, | ) |
|        Plaintiff, | ) |
| | ) Case No.: 17-cv-8674 |
| v. | ) |
| | ) Judge Andrea R. Wood |
| Larby S. Amirouche and | ) |
| Ryan Eagle, | ) Magistrate Judge Daniel G. Martin |
| | ) |
|        Defendants. | ) |

**NOTICE OF MOTION**

To:   Melody L. Gaal
       Timothy A. Hudson
       Tabet DiVito & Rothstein
       209 South LaSalle Street
       7th Floor
       Chicago, IL 60604
       mgaal@tdrlawfirm.com
       thudson@tdrlawfirm.com

     PLEASE TAKE NOTICE that on **January 25, 2018** at **9:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Andrea R. Wood presiding in Courtroom 1925 at 219 S. Dearborn, Chicago, IL 60602, and present the attached **Defendant, Larby Amirouche's Unopposed Motion to Extend the Due Date to Answer or Otherwise Plead to Plaintiff's Complaint** which is hereby served upon you.

                                  Respectfully submitted,

                                  /s/Michael D. Haeberle
                                  Michael D. Haeberle
                                  Jefferey O. Katz
                                  Patterson Law Firm, LLC
                                  One N. LaSalle St., Suite 2100
                                  Chicago, Illinois, 60602
                                  (312) 223-1699
                                  Fax:  (312) 223-8549
                                  mhaeberle@pattersonlawfirm.com
                                  jkatz@pattersonlawfirm.com

                                  Attorneys for Larby Amirouche

## PROOF OF SERVICE

The undersigned attorney hereby certifies that he caused the attached **Defendant, Larby Amirouche's Unopposed Motion to Extend the Due Date to Answer or Otherwise Plead to Plaintiff's Complaint** to be filed electronically via the CM/ECF filing system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system on this 22nd day of January 22, 2018.

/s/Michael D. Haeberle