**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Scott C. Dorey, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 17-cv-8674 |
| v. ) | |
| ) | District Judge Andrea R. Wood |
| Larby S. Amirouche and ) | |
| Ryan Eagle, ) | Magistrate Judge Daniel G. Martin |
| ) | |
| Defendants. ) | |

**Defendant, Larby Amirouche's Unopposed Motion to Extend the Due Date to Answer or Otherwise Plead to Plaintiff's Complaint**

Defendant, Larby Amirouche, through counsel, Patterson Law Firm, LLC, respectfully moves this Court for the entry of an Order extending the due date for filing of a responsive pleading to Plaintiff's Complaint from February 23, 2018 to March 16, 2018. In support thereof, Defendant states as follows:

1. The parties are currently involved in settlement discussions. The parties have exchanged drafts of a settlement agreement and are in the process of finalizing an agreement. In order to focus efforts on these discussions, Defendant requests that the due date for responses be extended to March 16, 2018.

2. Prior to the filing of this Motion, Defendant's counsel conferred with Plaintiff's counsel and confirmed that there is no objection to the requested extension of time. This Motion is made in good faith and for good cause, not for purposes of harassment or delay.

3.  The Plaintiff and Defendant also believe that it would be beneficial to move the initial status hearing set for March 7, 2018, as well as the joint written status report to be submitted before this date, should the Court be so inclined.

WHEREFORE, Defendant respectfully moves this Court for the entry of an Order extending the due date for filing of a responsive pleading to Plaintiff's Complaint to March 16, 2018.

| | |
|---|---|
| Date: February 22, 2018 | Respectfully submitted, |
| | /s/Michael D. Haeberle<br>Michael D. Haeberle (6309164)<br>Jefferey O. Katz (6283209)<br>Patterson Law Firm, LLC<br>One N. LaSalle St., Suite 2100<br>Chicago, Illinois, 60602<br>(312) 223-1699<br>Fax: (312) 223-8549<br>mhaeberle@pattersonlawfirm.com<br>jkatz@pattersonlawfirm.com |