**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Scott C. Dorey, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Larby S. Amirouche and )<br>Ryan Eagle, )<br>)<br>    Defendants. ) | Case No.: 17-cv-8674<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge Daniel G. Martin |

**NOTICE OF MOTION**

To: Melody L. Gaal
    Timothy A. Hudson
    Tabet DiVito & Rothstein
    209 South LaSalle Street
    7th Floor
    Chicago, IL 60604
    mgaal@tdrlawfirm.com
    thudson@tdrlawfirm.com

    PLEASE TAKE NOTICE that on **March 1, 2018** at **9:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Andrea R. Wood presiding in Courtroom 1925 at 219 S. Dearborn, Chicago, IL 60602, and present the attached **Defendant, Larby Amirouche's Unopposed Motion to Extend the Due Date to Answer or Otherwise Plead to Plaintiff's Complaint** which is hereby served upon you.

    Respectfully submitted,

    /s/Michael D. Haeberle
    Michael D. Haeberle (6309164)
    Jefferey O. Katz (6283209)
    Patterson Law Firm, LLC
    One N. LaSalle St., Suite 2100
    Chicago, Illinois, 60602
    (312) 223-1699
    Fax: (312) 223-8549
    mhaeberle@pattersonlawfirm.com
    jkatz@pattersonlawfirm.com

    Attorneys for Larby Amirouche

## PROOF OF SERVICE

The undersigned attorney hereby certifies that he caused the attached **Defendant, Larby Amirouche's Unopposed Motion to Extend the Due Date to Answer or Otherwise Plead to Plaintiff's Complaint** to be filed electronically via the CM/ECF filing system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system on this 22nd day of February, 2018.

<u>/s/Michael D. Haeberle</u>