UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Scott Dorey
         Plaintiff,

v.                 Case No.: 1:17−cv−08674
                Honorable Andrea R. Wood

Larby S. Amirouche, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 23, 2018:

  MINUTE entry before the Honorable Andrea R. Wood: Defendant's Motion for extension of time to answer [17] is granted. No further extensions will be granted without an appearance. Defendant shall answer or otherwise plead by 3/16/2018. The motion presentment date of 3/1/2018 is stricken. Parties need not appear. Status hearing set for 3/7/2018 is stricken and reset for 3/27/2018 at 09:00 AM. At least seven days before the initial status hearing, the parties shall file a joint written status report, not to exceed five pages in length. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.