**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Scott C. Dorey, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 17-cv-8674 |
| v. ) | |
| ) | District Judge Andrea R. Wood |
| Larby S. Amirouche and ) | |
| Ryan Eagle, ) | Magistrate Judge Daniel G. Martin |
| ) | |
| Defendants. ) | |

**Defendant, Larby Amirouche's Unopposed Motion for a 14-Day Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint**

Defendant, Larby Amirouche, through counsel, Patterson Law Firm, LLC, respectfully moves this Court for the entry of an Order extending the due date for filing of a responsive pleading to Plaintiff's Complaint from March 16, 2018 to March 30, 2018. In support thereof, Defendant states as follows:

1. The parties are currently involved in settlement discussions. The served parties have agreed to the form of the settlement agreement as of March 14, 2018, needing only information concerning various of the posts at issue in this case and final approval of the non-served defendant.

2. The non-served defendant is also out of the country so Amirouche seeks a 14 day extension.

3. Amirouche is cognizant of this Court's prior order [Dkt. 19] requiring an appearance for any further extensions and is not requesting an extension lightly.

4. This case is a case concerning allegations of defamation and intentional infliction of emotional distress (among others); it is therefore a case in which emotions run higher than in many other types of cases.

5. Amirouche believes that filing of his answer, affirmative defenses and counterclaims (which contains, among others, a claim for intentional infliction of emotional distress), will harm the prospect of settlement.[1]

6. Given how close the parties are, Amirouche does not want to derail the process.

7. Prior to the filing of this Motion, Defendant's counsel conferred with Plaintiff's counsel and confirmed that there is no objection to the requested extension of time. This Motion is made in good faith and for good cause, not for purposes of harassment or delay.

WHEREFORE, Defendant respectfully moves this Court for the entry of an Order extending the due date for filing of a responsive pleading to Plaintiff's Complaint to March 30, 2018.

---

[1] Amirouche has already prepared his answer, affirmative defenses and counterclaims. Should the Court not grant the requested extension, Amirouche requests leave to file his responsive pleadings *instanter*.

Date: March 16, 2018                         Respectfully submitted,

/s/Michael D. Haeberle
Michael D. Haeberle (6309164)
Jefferey O. Katz (6283209)
Patterson Law Firm, LLC
One N. LaSalle St., Suite 2100
Chicago, Illinois, 60602
(312) 223-1699
Fax: (312) 223-8549
mhaeberle@pattersonlawfirm.com
jkatz@pattersonlawfirm.com