# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Scott Dorey

                    Plaintiff,

v.                                          Case No.: 1:17–cv–08674
                                                  Honorable Andrea R. Wood

Larby S. Amirouche, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 22, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Defendant's motion for extensions of time to answer [21] is granted. Defendant's deadline to answer or otherwise plead and Plaintiff's deadline to effect service of summons and complaint upon the unserved Defendant are extended to the next status hearing. Status hearing set for 4/11/2018 is stricken and reset for 4/25/2018 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.