UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT C. DOREY, | |
| Plaintiff, | |
| v. | Case No. 17-cv-8674 |
| LARBY S. AMIROUCHE and RYAN EAGLE, | Honorable Andrea R. Wood |
| Defendants. | **JURY TRIAL DEMANDED** |

NOTICE OF FILING

**PLEASE TAKE NOTICE** that on Wednesday, April 18, 2018, we filed with the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, **Joint Status Report**, a copy of which was served upon you via the CM/ECM system.

Dated: April 18, 2018

Respectfully submitted,
SCOTT C. DOREY.

By: s/ Timothy A. Hudson
One of His Attorneys

Timothy A. Hudson (No. 6271244)
Melody L. Gaal (No. 6320640)
TABET DIVITO & ROTHSTEIN, LLC
209 S. LaSalle St., 7th Floor
Chicago, Illinois 60604
(312) 762-9450
thudson@tdrlawfirm.com
mgaal@tdrlawfirm.com