UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Scott Dorey

                         Plaintiff,

v.                                                     Case No.: 1:17–cv–08674
                                                            Honorable Andrea R. Wood

Larby S. Amirouche, et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 25, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. The parties reported that they have reached a settlement. Pursuant to the discussion held in open court, the status hearing is continued to 6/7/2018 at 9:00 AM. Defendant 9;s obligation to answer or otherwise plead to Plaintiff's complaint is extended to the next status hearing. If a stipulation to dismiss is filed prior to the status date, the hearing will be stricken. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.