# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SCOTT C. DOREY, | |
| Plaintiff, | |
| v. | Case No. 17-cv-8674 |
| LARBY S. AMIROUCHE and RYAN EAGLE, | Hon. Andrea R. Wood |
| | **JURY TRIAL DEMANDED** |
| Defendants. | |

## JOINT MOTION FOR ENTRY OF AGREED ORDER

Plaintiff, Scott C. Dorey, by and through its undersigned attorneys, and with the agreement of Defendants Larby S. Amirouche and Ryan Eagle, respectfully request that the Court enter the Agreed Order attached hereto as Exhibit A. In support of that motion, the parties state as follows:

1. This is a defamation lawsuit that involves various defamatory online postings.

2. On April 24, 2018, the parties reached a settlement in this matter.

3. While the parties have made some progress working cooperatively to remove some of the online postings, a court order will be necessary to facilitate the complete removal of all offending posts.

4. To effectuate removal of the postings, included in the parties' settlement agreement is an agreed order, attached hereto as Exhibit A, identifying the URLs containing the defamatory content, and directing the websites and various search engines to remove the postings from their original source and from any internet search results index.

5. Accordingly, the parties respectfully request that the Court enter the agreed order attached hereto as Exhibit A.

Dated: April 30, 2018

| **SCOTT C. DOREY** | **LARBY S. AMIROUCHE** |
|---|---|
| By: /s/ Timothy A. Hudson<br>　　　One of His Attorneys | By: /s/ Michael D. Haeberle<br>　　　One of His Attorneys |
| Timothy A. Hudson (6271244)<br>Melody L. Gaal (6320640)<br>TABET DIVITO & ROTHSTEIN LLC<br>209 S. LaSalle St., 7th Floor<br>Chicago, Illinois 60604<br>(312) 762-9450<br>thudson@tdrlawfirm.com<br>mgaal@tdrlawfirm.com | Michael D. Haeberle<br>Jefferey O. Katz<br>PATTERSON LAW FIRM LLC<br>One N. LaSalle Street, Suite 2100<br>Chicago, Illinois 60602<br>(312) 223-8549<br>mhaeberle@pattersonlawfirm.com<br>jkatz@pattersonlawfirm.com |

**RYAN EAGLE**

/s/ Ryan Eagle
　　　Individually