# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SCOTT C. DOREY, <br><br> Plaintiff, <br><br> v. <br><br> LARBY S. AMIROUCHE and RYAN EAGLE, <br><br> Defendants. | Case No. 17-cv-8674 <br><br> Hon. Andrea R. Wood <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE,** that on Thursday, May 10, 2018, at 9:00 a.m., or as soon as counsel shall be heard, the undersigned shall appear before the Honorable Andrea R. Wood, in Courtroom 1925, of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **Joint Motion for Entry of Agreed Order**, a copy of which is being served contemporaneously herewith.

Dated: April 30, 2018

Respectfully submitted,

SCOTT C. DOREY

*s/ Timothy A. Hudson*
   One of His Attorneys

Timothy A. Hudson (6271244)
Melody L. Gaal (6320640)
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle St., 7th Floor
Chicago, Illinois 60604
(312) 762-9450
thudson@tdrlawfirm.com
mgaal@tdrlawfirm.com

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **Notice of Motion** and **Joint Motion for Entry of Agreed Order** was filed electronically with the United States District Court on April 30, 2018. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

                                                       /s/ Timothy A. Hudson