**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SCOTT C. DOREY, | |
| Plaintiff, | |
| v. | No. 17-cv-08674 |
| LARBY S. AMIROUCHE and RYAN EAGLE, | Judge Andrea R. Wood |
| | **JURY TRIAL DEMANDED** |
| Defendants. | |

## AGREED ORDER

This matter coming to be heard upon agreement of all parties, and counsel for the parties having advised the Court that the parties have settled and compromised this action, IT IS HEREBY ORDERED:

1. The content contained at the below URLs is defamatory and must be removed from its original source and from any internet search results index:

   a. https://www.scamguard.com/scott-c-dorey/

   b. https://www.blackhatworld.com/seo/scott-c-dorey-lost-all-of-my-familys-wealth.936874/

   c. https://www.reddit.com/r/ConspiracyFacts/comments/5nfw3a/lehman_brothers_chief_of_staff_scott_c_dorey_tied/

   d. https://memegenerator.net/instance/74810155/jon-gruden-ill-tell-you-what-man-scott-c-dorey-stole-the-technology

   e. https://www.reddit.com/user/MNolte

   f. https://www.reddit.com/user/ScottCDorey

   g. https://it.pinterest.com/pin/592293788464629965/

   h. https://www.pinterest.com.au/ScottCDoreyBHP/

2. Scamguard.com shall remove from its original source and from any internet search results index the posting located at "https://www.scamguard.com/scott-c-dorey/".

3. Blackhatworld.com shall remove from its original source and from any internet search results index the posting located at "https://www.blackhatworld.com/seo/scott-c-dorey-lost-all-of-my-familys-wealth.936874/".

4. Memegenerator.net shall remove from its original source and from any internet search results index the posting located at "https://memegenerator.net/instance/74810155/jon-gruden-ill-tell-you-what-man-scott-c-dorey-stole-the-technology".

5. Reddit.com shall remove the following postings from its original source and from any internet search results index:

   a. https://www.reddit.com/r/ConspiracyFacts/comments/5nfw3a/lehman_brothers_chief_of_staff_scott_c_dorey_tied/

   b. https://www.reddit.com/user/MNolte

   c. https://www.reddit.com/user/ScottCDorey

6. Pinterest.com shall remove the following postings its original source and from any internet search results index:

   a. https://it.pinterest.com/pin/592293788464629965/

   b. https://www.pinterest.com.au/ScottCDoreyBHP/

7. Google LLC, Yahoo and Bing shall each remove the following URLs from its search results:

   a. https://www.scamguard.com/scott-c-dorey/

   b. https://www.blackhatworld.com/seo/scott-c-dorey-lost-all-of-my-familys-wealth.936874/

   c. https://www.reddit.com/r/ConspiracyFacts/comments/5nfw3a/lehman_brothers_chief_of_staff_scott_c_dorey_tied/

   d. https://memegenerator.net/instance/74810155/jon-gruden-ill-tell-you-what-man-scott-c-dorey-stole-the-technology

   e. https://www.reddit.com/user/MNolte

    f.    https://www.reddit.com/user/ScottCDorey

    g.    https://it.pinterest.com/pin/592293788464629965/

    h.    https://www.pinterest.com.au/ScottCDoreyBHP/

ENTERED:

_____
Andrea R. Wood
United States District Judge

AGREED TO BY:

| **SCOTT C. DOREY** | **LARBY S. AMIROUCHE** |
|---|---|
| By: /s/ Timothy A. Hudson<br>    One of His Attorneys | By: /s/ Michael D. Haeberle<br>    One of His Attorneys |
| Timothy A. Hudson<br>Melody L. Gaal<br>TABET DIVITO & ROTHSTEIN LLC<br>209 S. LaSalle St., 7th Floor<br>Chicago, Illinois 60604<br>(312) 762-9450<br>thudson@tdrlawfirm.com<br>mgaal@tdrlawfirm.com | Michael D. Haeberle<br>Jefferey O. Katz<br>PATTERSON LAW FIRM LLC<br>One N. LaSalle Street, Suite 2100<br>Chicago, Illinois 60602<br>(312) 223-8549<br>mhaeberle@pattersonlawfirm.com<br>jkatz@pattersonlawfirm.com |

**RYAN EAGLE**

/s/ Ryan Eagle
    Individually