**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SCOTT C. DOREY, | |
| Plaintiff, | |
| v. | Case No. 17-cv-8674 |
| LARBY S. AMIROUCHE and RYAN EAGLE, | Hon. Andrea R. Wood |
| | **JURY TRIAL DEMANDED** |
| Defendants. | |

### JOINT MOTION FOR ENTRY OF AMENDED AGREED ORDER

Plaintiff, Scott C. Dorey, by and through its undersigned attorneys, and with the agreement of Defendant Larby S. Amirouche, respectfully request that the Court enter the Amended Agreed Order attached hereto as Exhibit A. In support of that motion, the parties state as follows:

1. This is a defamation lawsuit that involves various defamatory online postings.

2. On April 24, 2018, the parties reached a settlement in this matter in which defendants agreed to use their best efforts and take all reasonably necessary steps to remove the defamatory online postings.

3. To effectuate removal of the postings, and pursuant to the parties' settlement agreement, the Court entered an Agreed Order on May 9, 2018. (Dkt. No. 31.)

4. The parties served the Court's May 9, 2018 order on the websites identified in the Court's order as necessary, and those websites have removed the defamatory postings. One of the search engines identified in Paragraph 7 of the order, however, has requested that the order be modified to meet its voluntary court-ordered removal policies.

5. Accordingly, the parties respectfully request that the Court enter the amended

agreed order attached hereto as Exhibit A.

Dated: May 31, 2018

| **SCOTT C. DOREY** | **LARBY S. AMIROUCHE** |
|---|---|
| By: /s/ Timothy A. Hudson<br>One of His Attorneys | By: /s/ Michael D. Haeberle<br>One of His Attorneys |
| Timothy A. Hudson (6271244)<br>Melody L. Gaal (6320640)<br>TABET DIVITO & ROTHSTEIN LLC<br>209 S. LaSalle St., 7th Floor<br>Chicago, Illinois 60604<br>(312) 762-9450<br>thudson@tdrlawfirm.com<br>mgaal@tdrlawfirm.com | Michael D. Haeberle<br>Jefferey O. Katz<br>PATTERSON LAW FIRM LLC<br>One N. LaSalle Street, Suite 2100<br>Chicago, Illinois 60602<br>(312) 223-8549<br>mhaeberle@pattersonlawfirm.com<br>jkatz@pattersonlawfirm.com |