# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT C. DOREY,<br><br>        Plaintiff,<br><br>    v.<br><br>LARBY S. AMIROUCHE and RYAN EAGLE,<br><br>        Defendants. | Case No.  17-cv-8674<br><br>Hon. Andrea R. Wood<br><br>**JURY TRIAL DEMANDED** |

## AMENDED AGREED ORDER

This matter coming to be heard upon agreement of all parties, counsel for the parties having advised the Court that the parties have settled and compromised this action, IT IS HEREBY ORDERED:

1. The content contained at the below URLs is defamatory and must be removed from its original source and from any internet search results index:

    a. https://www.scamguard.com/scott-c-dorey/

    b. https://www.blackhatworld.com/seo/scott-c-dorey-lost-all-of-my-familys-wealth.936874/

    c. https://www.reddit.com/r/ConspiracyFacts/comments/5nfw3a/lehman_brothers_chief_of_staff_scott_c_dorey_tied/

    d. https://memegenerator.net/instance/74810155/jon-gruden-ill-tell-you-what-man-scott-c-dorey-stole-the-technology

    e. https://www.reddit.com/user/MNolte

    f. https://www.reddit.com/user/ScottCDorey

    g. https://it.pinterest.com/pin/592293788464629965/

    h. https://www.pinterest.com.au/ScottCDoreyBHP/

2. Scamguard.com shall remove from its original source and from any internet search results index the posting located at "https://www.scamguard.com/scott-c-dorey/".

3. Blackhatworld.com shall remove from its original source and from any internet search results index the posting located at "https://www.blackhatworld.com/seo/scott-c-dorey-lost-all-of-my-familys-wealth.936874/".

4. Memegenerator.net shall remove from its original source and from any internet search results index the posting located at "https://memegenerator.net/instance/74810155/jon-gruden-ill-tell-you-what-man-scott-c-dorey-stole-the-technology".

5. Reddit.com shall remove the following postings from its original source and from any internet search results index:

   a. https://www.reddit.com/r/ConspiracyFacts/comments/5nfw3a/lehman_brothers_chief_of_staff_scott_c_dorey_tied/

   b. https://www.reddit.com/user/MNolte

   c. https://www.reddit.com/user/ScottCDorey

6. Pinterest.com shall remove the following postings its original source and from any internet search results index:

   a. https://it.pinterest.com/pin/592293788464629965/

   b. https://www.pinterest.com.au/ScottCDoreyBHP/

ENTERED:

_____

Judge Andrea R. Wood

AGREED TO BY:

**SCOTT C. DOREY**

By: /s/ Timothy A. Hudson
      One of His Attorneys

Timothy A. Hudson
Melody L. Gaal
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle St., 7th Floor
Chicago, Illinois 60604
(312) 762-9450
thudson@tdrlawfirm.com
mgaal@tdrlawfirm.com

**LARBY S. AMIROUCHE**

By: /s/ Michael D. Haeberle
      One of His Attorneys

Michael D. Haeberle
Jefferey O. Katz
PATTERSON LAW FIRM LLC
One N. LaSalle Street, Suite 2100
Chicago, Illinois 60602
(312) 223-8549
mhaeberle@pattersonlawfirm.com
jkatz@pattersonlawfirm.com

2