**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SCOTT C. DOREY,

               Plaintiff,

    v.

LARBY S. AMIROUCHE and RYAN
EAGLE,

               Defendants.

Case No.  17-cv-8674

Hon. Andrea R. Wood

**JURY TRIAL DEMANDED**

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE,** that on Thursday, June 7, 2018, at 9:00 a.m., or as soon as counsel shall be heard, the undersigned shall appear before the Honorable Andrea R. Wood, in Courtroom 1925, of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present a copy of the **Joint Motion for Entry of Amended Agreed Order** being served contemporaneously herewith.

Dated:       May 31, 2018       Respectfully submitted,

                                    SCOTT C. DOREY

                                    *s/ Timothy A. Hudson*
                                      One of His Attorneys

Timothy A. Hudson (6271244)
Melody L. Gaal (6320640)
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle St., 7th Floor
Chicago, Illinois 60604
(312) 762-9450
thudson@tdrlawfirm.com
mgaal@tdrlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **Notice of Motion** and **Joint Motion for Entry of Amended Agreed Order** was filed electronically with the United States District Court on May 31, 2018.  Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

                                                        /s/ Timothy A. Hudson