Scott Dorey
                              Plaintiff,

v.                                                        Case No.: 1:17–cv–08674
                                                       Honorable Andrea R. Wood

Larby S. Amirouche, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 7, 2018:

    MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. For the reasons stated on the record, joint motion for entry of amended agreed order [32] is granted. Enter order. Status hearing set for 7/10/2018 at 9:00 AM. If a stipulation to dismiss is filed prior to the next status date, the hearing will be stricken. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.