# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SCOTT C. DOREY, | |
| Plaintiff, | |
| v. | Case No. 17-cv-8674 |
| LARBY S. AMIROUCHE and RYAN EAGLE, | Hon. Andrea R. Wood |
| | **JURY TRIAL DEMANDED** |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Scott C. Dorey voluntarily dismisses this action with prejudice and with each party to bear his own respective fees and costs.

Dated: July 9, 2018

**SCOTT C. DOREY**

By: /s/ Timothy A. Hudson
      One of His Attorneys

Timothy A. Hudson
Melody L. Gaal
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle St., 7th Floor
Chicago, Illinois 60604
(312) 762-9450
thudson@tdrlawfirm.com
mgaal@tdrlawfirm.com